Opinion issued May 1, 2003











In The

Court of Appeals

For The

First District of Texas

____________


NO. 01-02-00371-CV

____________


HARLEY RAY WINLAND, Appellant


V.


RIQUE DON BOBBITT, Appellee






On Appeal from the 215th District Court

Harris County, Texas

Trial Court Cause No. 99-41177






MEMORANDUM OPINION

 On February 14, 2003, we ordered that unless, within 30 days of the date of the
order, appellant filed his brief and a reasonable explanation for failure to timely file
his brief, this Court would dismiss his appeal for want of prosecution. The 30 days
have expired and appellant has not responded.

 Accordingly, the appeal is dismissed for want of prosecution. See Tex. R.
App. P. 38.8(a)(1).

PER CURIAM

Panel consists of Justices Hedges, Taft, and Nuchia.